UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DASHI HURSEY,

        Plaintiff,                      Case No. 2:15-CV-145

v.                                     HON. GORDON J. QUIST

DIANE ANDERSON, et al.,

        Defendants.
                                    /

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

On April 12, 2018, Magistrate Judge Greeley issued a Report and Recommendation recommending that the Court grant in part and deny in part Defendants' motion for summary judgment based on Plaintiff's failure to exhaust his administrative remedies. In particular, the magistrate judge recommended that the Court grant the motion as to Defendants Contreas and Meleko and deny it as to Defendants Gluesing and Wijayargunaratine. In addition, the magistrate judge recommended that the Court deny several of Plaintiff's motions requesting injunctive and other types of relief. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the April 12, 2018, Report and Recommendation (ECF No. 101) is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 65) is **GRANTED IN PART AND DENIED IN PART**. The motion

is **granted** with regard to Defendants Contreas and Meleko and **denied** with regard to Defendants Gluesing and Wijayargunaratine.  Plaintiff's claims against Defendants Contreas and Meleko are **dismissed without prejudice** .

**IT IS FURTHER ORDERED** that Plaintiff's motions requesting relief (ECF Nos. 62, 63, 69, 72, 83, 94, and 99) are **DENIED**.

Dated:  June 8, 2018 /s/ Gordon J. Quist
GORDON J. QUIST
UNITED STATES DISTRICT JUDGE