UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

---

DASHI HURSEY #273259,

    Plaintiff,                                          Case No. 2:15-CV-145

v.                                                      HON. GORDON J. QUIST

DIANE ANDERSON, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 27, 2020, U.S. Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R & R), recommending that the Court grant Defendants' motion for summary judgment and dismiss this case. (ECF No. 254).  Plaintiff filed an "Objection to Report and Recommendation" in which he asked for the appointment of counsel and additional time to file objections.  (ECF No. 255.)  The Court denied Plaintiff's request for counsel, noting that his previous requests for counsel had been denied. (ECF No. 258.)  The Court, however, permitted Plaintiff to file additional objections by September 30, 2020.  Plaintiff then filed a motion for extension of time. (ECF No. 259.)  The Court extended the supplemental objection deadline to October 15, 2020, and stated that "[n]o further extension request would be granted." (ECF No. 260.)  Plaintiff has now filed another motion requesting counsel and other legal assistance.  (ECF No. 261.)

This case has been pending since 2015. The R & R has been pending since April 2020. Plaintiff does not have a right to appointed counsel, and the Court has repeatedly denied his requests in this case.  (*See* ECF No. 258.)  As explained in the previous orders denying the

appointment of counsel, the Court finds that the appointment of counsel is unnecessary in this case. Further, as the Court stated in its previous order, it would not grant any further extension. Despite the pandemic, Plaintiff has had plenty of time to file additional objections.

The Court has reviewed the R & R. Despite Plaintiff's multiple filings, he has not made any specific objection to the R & R. Thus, the Court will adopt the R & R.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's motion to appoint counsel (ECF No. 261) is **denied**.

**IT IS FURTHER ORDERED** that the April 27, 2020, Report and Recommendation (ECF No. 254) is **adopted** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 239) is **granted**.

A separate judgment will enter.

This case is **concluded**.

Dated: October 22, 2020  /s/ Gordon J. Quist
  GORDON J. QUIST
  UNITED STATES DISTRICT JUDGE